IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HAROLD HUTCHINS**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　**Case No. 2:18-cv-00124-KGB**

**DIA LODGING LLC,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Harold Hutchins' claims are dismissed without prejudice. The relief requested is denied.

So adjudged this the 10th day of January, 2020.

_____
Kristine G. Baker
United States District Judge